**Motion GRANTED and Order filed October 29, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00698-CV

_____

### IN RE JENNIFER BRADEN, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**328th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 14-DCV-216657**

---

## ORDER

On August 19, 2015, relator Jennifer Braden filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Ronald Pope, Judge of the 328th District Court, in Fort Bend County, Texas, to set aside his amended order of enforcement by contempt and suspension of commitment dated February 27, 2015, in trial court number 14-DCV-216657, styled *In the*

*Interest of I.R.B., a Child.* Relator claims respondent abused his discretion by finding her in contempt.

Relator also filed a motion for temporary stay of the proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. Relator asks this court to stay the amended order of enforcement by contempt and suspension of commitment dated February 27, 2015, and any proceedings related to its enforcement pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the amended order of enforcement by contempt and suspension of commitment dated February 27, 2015, and any proceedings related to its enforcement in trial court cause number 14-DCV-216657, *In the Interest of I.R.B., a Child*, **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Brown.